**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                        NO. 4:13CR00024 JLH

CATHERINE MINOR                                                            DEFENDANT

**<u>ORDER</u>**

Catherine Minor has filed a motion for early termination of probation.  The Court directs the

United States to file a response to the motion within fourteen days from the entry of this Order,

stating whether it opposes the motion and, if so, the reasons for its opposition.  Document #13.

IT IS SO ORDERED this 29th day of April, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE